# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| BEVERLY A. LAVIGNE, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:13-CV-397-DBH |
| | ) | |
| FRANKLIN COUNTY COURT, ET AL., | ) | |
| | ) | |
| DEFENDANTS | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On July 13, 2014, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Motions to Dismiss. The plaintiff filed an objection to the Recommended Decision on July 30, 2014. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendants' motions to dismiss are **GRANTED** for the reasons stated by the Magistrate Judge. In light of this ruling, the plaintiff's pending motions are **MOOT** (a motion to consolidate cases contained in ECF 31, and ECF Nos. 27, 28, 29, 43, and 65, as well as a request for future recusal of the Magistrate Judge and change of venue set forth in her Objection (ECF No. 70).

SO ORDERED.

DATED THIS 31ST DAY OF JULY, 2014

/S/D. BROCK HORNBY
D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE