# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| BEVERLY A. LAVIGNE, | ) |
|     PLAINTIFF | ) ) ) |
| v. | )    CIVIL NO. 1:13-CV-397-DBH |
| FRANKLIN COUNTY COURT, ET AL., | ) ) ) |
|     DEFENDANTS | ) |

## ORDER ON PLAINTIFF'S MOTION TO STAY AND STRIKE ORDERS

The plaintiff's Motion to Stay and Strike Orders is **DENIED**. I affirmed the Magistrate Judge's Recommended Decision after the Court of Appeals for the First Circuit dismissed the plaintiff's appeal.

SO ORDERED.

DATED THIS 2ND DAY OF SEPTEMBER, 2014

                                                /S/D. BROCK HORNBY
                                                **D. BROCK HORNBY**
                                                **UNITED STATES DISTRICT JUDGE**